IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

KEVIN ALEX PITTMAN )
)
v. ) NO. 3:08-0722
) JUDGE TRAUGER
RUDD MEDICAL )

**O R D E R**

On March 16, 2009, the Magistrate Judge issued a Report and Recommendation (Docket No. 27), to which no timely objections have been filed. This Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the Motion to Dismiss and for Summary Judgment filed by the defendant (Docket No. 17) is GRANTED and this case is DISMISSED with prejudice.

It is so **ORDERED**.

ENTER this 14th day of April 2009.

_____
ALETA A. TRAUGER
U.S. District Judge